UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Todd Steven North, an individual, and Amanda
Susan North, an individual,

                                                                                  Court File No. 10-CV-1679 (RHK/JSM)

        Plaintiffs,

vs.

Homecomings Financial, LLC f/k/a Homecomings
Financial Network, Inc., a Delaware limited liability
company, et al., Aerial Mortgage, LLC, a Minnesota
limited liability company, GMAC Mortgage, LLC,
a Pennsylvania limited liability company, Aurora
Loan Services, LLC, a Delaware limited liability
company, Specialized Loan Servicing LLC, a
Delaware limited liability company, and ABC
Corporation, and also all other persons unknown
claiming any right, title, estate, interest, or lien in
the real estate described in the complaint,

        Defendants.

---

### ORDER FOR DISMISSAL WITH PREJUDICE
_____

### ORDER

Based upon parties' Stipulation for Dismissal (Doc. No. 63), **IT IS HEREBY ORDERED:**

That the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**, and without costs to any of the parties to this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 5, 2011                                    s/ Richard H. Kyle
                                                                         Honorable Richard H. Kyle
                                                                         United States District Court Judge